1416

## MERIT DOCKET

**99–1488.  Elijah v. Ohio Adult Parole Auth.**
In Habeas Corpus. On petition for writ of habeas corpus by Richard T. Elijah.
*Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–1543.  Gonyer v. Bishop.**
In Mandamus and Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–1553.  State ex rel. Untied v. Taft.**
In Mandamus. On answer of respondent Governor Bob Taft, motion for judgment on pleadings by Governor Bob Taft, answer of respondents Todd A. Bickle and the Honorable W. Allen Wolfe, motion to amend complaint, and motion for judgment on pleadings.
*Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and·LUNDBERG STRATTON, JJ., concur.

**99–1563.  State ex rel. Sevayega v. Blackmon.**
In Mandamus. On complaint in mandamus by Dr. Reginald D. Sevayega.
*Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.
LUNDBERG STRATTON, J., dissents and would grant the writ.

**99–1640.  Iden v. Brigano.**
In Habeas Corpus. On petition for writ of habeas corpus by Tod R. Iden.
*Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–1679.  Turner v. Lazaroff.**
In Habeas Corpus. On petition for writ of habeas corpus by Frederick L. Turner.
*Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–1683.  State ex rel. Watts v. Ohio Adult Parole Auth.**
In Habeas Corpus. On petition for writ of habeas corpus by Jackson Watts, Jr.
*Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–1691.  State ex rel. Fields v. Ohio Adult Parole Auth.**
In Habeas Corpus. On petition for writ of habeas corpus by Billie R. Fields.
*Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.